KRAMER v. SOUTHERN RAILWAY Co.; *E. J. Justice,* for plaintiff; *G. F. Bason,* for defendant.   Affirmed.

DICKSON v. ALEXANDER; *S. J. Ervin,* for plaintiff.   Affirmed.